Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Hong Lu

William Kwong, State Bar No. 168010
Ai Mori, State Bar No. 208618
MINAMI, LEW & TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: 415-788-9000
Facsimile: 415-398-3887

Attorneys for Defendants
Sheng Kee Bakery & Café and Karl Wen

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

HONG LU,

    Plaintiff,

v.

SHENG KEE OF CALIFORNIA, INC. d/b/a
SHENG KEE BAKERY AND CAFÉ, and
KARL WEN,

    Defendants.

Case No. C 05 2978-EDL

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION

Whereas, the parties previously stipulated to private mediation scheduled for February 28, 2006;

Whereas, the Court ruled that prior to mediation, the parties may proceed with the depositions of plaintiff Hong Lu and defendant Karl Wen, and four other half-day depositions;

CASE NO. C 05 2978-EDL
JOINT STIPULATION AND PROPOSED ORDER

Page 1

1  Whereas, plaintiff noticed the deposition of defendant Karl Wen for January 26, 2006;
2  noticed a half-day deposition of Mark Kao for January 25, 2006; noticed a half-day deposition of
3  the person most knowledgeable about defendant's business from 1996 until the present and about
4  the closure of the Sheng Kee restaurant at which plaintiff worked, for January 25, 2006; noticed a
5  half-day deposition of Wei-Jun (Rebecca) Zhao for February 2, 2006; and noticed a half-day
6  deposition of Hei Yin (Iris) Wat for February 3, 2006;
7
8  Whereas, defendant noticed the deposition of plaintiff Hong Lu for February 1, 2006;
9  Whereas, plaintiff propounded her first set of interrogatories and requests for production of
10 documents on December 2, 2006;
11 Whereas, the deadline for serving defendant's responses to plaintiff's first requests for
12 production of documents and first set of interrogatories was January 6, 2006;
13 Whereas, defendant served its responses to plaintiff's discovery by mail on January 4, 2006,
14 but not its responsive documents;
15 Whereas, plaintiff sent letters to defendant's counsel on January 10 and January 13, 2006
16 regarding the missing responsive documents;
17 Whereas, defendant's counsel responded to the January 10 letter in an e-mail dated January
18 10, and to the January 13 letter by calling plaintiff's counsel on the next business day and by
19 serving its documents by overnight mail;
20
21 Whereas, defendant served its responsive documents by overnight mail on January 17, 2006;
22 Whereas, plaintiff did not receive defendant's responsive documents until January 19, 2006;
23 Whereas, plaintiff's counsel informed defendant's counsel by letter on January 20, 2006 that
24 because of the inadequacy of defendant's responsive documents, plaintiff would be unable to
25 proceed with the depositions of defendant Karl Wen, Mark Kao, and the person most
26 knowledgeable about defendant's business from 1996 until the present and about the closure of
27 the Sheng Kee restaurant at which plaintiff worked;
28
29 CASE NO. C 05 2978-EDL
   JOINT STIPULATION AND PROPOSED ORDER                                                    Page 2

1  Whereas, defendant propounded its first set of interrogatories and requests for production on
2  December 16, 2005;
3  Whereas, the deadline for serving plaintiff's responses to defendant's first set of
4  interrogatories and requests for production of documents was January 17, 2006;
5  Whereas, plaintiff served her responses to defendant's discovery by mail on January 17,
6  2006, but not her responsive documents;
7
8  Whereas, plaintiff's counsel informed defendant's counsel by letter on January 17, 2006 that
9  because plaintiff had not yet received defendant's responsive documents, plaintiff was not in a
10  position to produce her responsive documents;
11  Whereas, plaintiff served her responsive documents by mail on January 20, 2006;
12  Whereas, defendant did not receive plaintiff's responsive documents until January 23, 2006;
13  Whereas, the parties met and conferred regarding the adequacy of defendant's responsive
14  documents on January 23, 2006;
15  Whereas, the parties agreed that the depositions of defendant Karl Wen, plaintiff Hong Lu,
16  Mark Kao, and the person most knowledgeable about defendant's business from 1996 until the
17  present and about the closure of the Sheng Kee restaurant at which plaintiff worked, would have
18  to be postponed;
19
20  Whereas, defendant produced additional responsive documents on January 23, 2006;
21  Whereas, plaintiff sent a meet and confer letter to defendant regarding the adequacy of
22  defendant's responsive documents on January 25, 2006;
23  Whereas, plaintiff's counsel informed defendant on January 26, 2006 that the deposition of
24  Hei-Yin (Iris) Wat, scheduled for February 3, 2006, would be canceled;
25  Whereas, the other subpoenaed deponent, Wei-Jun (Rebecca) Zhao, did not appear at her
26  scheduled deposition on February 2, 2006;
27  Whereas, plaintiff sent a meet and confer letter to defendant regarding the adequacy of
28  defendant's responses to plaintiff's first set of interrogatories on January 31, 2006;
29  CASE NO. C 05 2978-EDL
   JOINT STIPULATION AND PROPOSED ORDER                                Page 3

1  Whereas, the parties met and conferred on February 2, 2006, and defendant agreed to produce additional documents by February 10, 2006;

3  Whereas, the parties seek to engage in meaningful mediation of this case;

4  Whereas, the parties agree that they will not be able to conduct depositions and prepare for mediation by February 28, 2006;

6  Whereas, the parties agree that the mediation originally scheduled for February 28, 2006 will have to be postponed;

9  Whereas, the parties have notified mediator Barry Winograd that the parties will be unable to attend mediation on February 28, 2006;

11  Whereas, the earliest date available for mediation with Mr. Winograd on which all parties are available is May 4, 2006;

13  Whereas, the parties have agreed to reschedule the mediation in this case to May 4, 2006;

14  Whereas, the Court previously ordered that a further case management conference be held on March 21, 2006, and that an updated joint case management conference statement be filed no later than March 14, 2006;

17  THEREFORE, the parties request that (1) the mediation date be extended until May 4, 2006, and that (2) the dates for the further case management conference and the filing of an updated joint case management conference statement be extended accordingly.

20  IT IS SO STIPULATED.

22  Dated:  February 10, 2006

Patricia A. Shiu
Elizabeth Kristen
Sharon Terman
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER


By:  *Sharon Terman*
     Sharon Terman

CASE NO. C 05 2978-EDL
JOINT STIPULATION AND PROPOSED ORDER                                    Page 4

1
2    Attorney for Plaintiff
     HONG LU
3
     William Kwong
4    Ai Mori
     MINAMI, LEW & TAMAKI, LLP
5
6
7    By: /s/ _____
            William Kwong
8
9    Attorney for Defendants
     Sheng Kee Bakery & Café and Karl Wen
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29   CASE NO. C 05 2978-EDL
     JOINT STIPULATION AND PROPOSED ORDER                    Page 5

1  Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document
2  has been obtained from Defendant's counsel.
3
4  Dated:  February 10, 2006

Patricia A. Shiu
Elizabeth Kristen
Sharon Terman
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

By:  *Sharon Terman*
     Sharon Terman

Attorney for Plaintiff
HONG LU

CASE NO. C 05 2978-EDL
JOINT STIPULATION AND PROPOSED ORDER                                    Page 6

## ORDER

Mediation in this matter is hereby extended until May 4, 2006. The Court hereby extends the case management conference date to May 23, 2006 at 3:00 p.m._____, and the date by which the parties shall file an updated joint case management conference statement to May 16, 2006.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 14, 2006

Hon. Elizabeth D. Laporte

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

CASE NO. C 05 2978-EDL
JOINT STIPULATION AND PROPOSED ORDER

Page 7