| | |
|---|---|
| 1 | William C. Kwong, Esq. (SBN 168010) |
|   | Ai Mori, Esq. (SBN 208618) |
| 2 | MINAMI, LEW & TAMAKI, LLP |
|   | 360 Post Street, 8th Floor |
| 3 | San Francisco, CA 94108 |
|   | Phone: 415-788-9000 |
| 4 | Fax: 415-398-3887 |
| 5 | Attorneys for Defendants |
|   | SHENG KEE OF CALIFORNIA, INC. |
| 6 | d/b/a SHENG KEE BAKERY & CAFÉ |
|   | and KARL WEN |
| 7 | |
| 8 | Patricia A. Shiu (SBN 104894) |
|   | Elizabeth Kristen (SBN 218227) |
|   | Sharon Terman (SBN 237236) |
| 9 | THE LEGAL AID SOCIETY- |
|   | EMPLOYMENT LAW CENTER |
| 10| 600 Harrison Street, Suite 120 |
|   | San Francisco, CA 94107 |
| 11| Phone: (415) 864-8848 |
|   | Fax: (415) 864-8199 |
| 12| |
|   | Attorneys for Plaintiff |
| 13| HONG LU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Hong Lu, | ) | CASE NO: C 05-02978 EDL |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER RE MEDIATION** |
| | ) | **AND CASE MANAGEMENT** |
| Sheng Kee of California, Inc., d/b/a | ) | **CONFERENCE** |
| Sheng Kee Bakery & Cafe, et al. | ) | |
| | ) | |
| | ) | Honorable Elizabeth Laporte |
| Defendants. | ) | |
| | ) | |

1. Whereas, the parties completed a one-day mediation session with Barry Winograd, Esq., on May 4, 2006;

2. Whereas, the parties agree to return to Barry Winograd, Esq., for a second mediation session on June 8, 2006, starting at 10:00 a.m.;

3. Whereas, the parties agree to stay discovery pending this second mediation session on June 8, 2006;

---

C 05-02978 EDL
Joint Stipulation Continuing Case Management Conference

1    4.   Whereas, the parties further agree to an extension until June 15, 2006, for all
2  individuals who have been deposed in this case, to date (Karl Wen, Hong Lu, Mark Kao and Wei
3  Jun Zhao) to provide deposition corrections;
4    5.   Because the parties are still in the process of mediating the case, the parties
5  agree and request that the Court continue the Case Management Conference, currently scheduled
6  for May 23, 2006, to a date in mid to late June 2006.
7    IT IS SO STIPULATED.

Dated: May 11, 2006                    MINAMI, LEW & TAMAKI LLP


                                       _____/s/_____
                                       William Kwong
                                       Ai Mori
                                       Attorneys for Defendants SHENG KEE BAKERY
                                       & CAFÉ AND KARL WEN


                                       LEGAL AID SOCIETY–
                                       EMPLOYMENT LAW CENTER


                                       _____/s/_____
                                       Patricia Shiu
                                       Elizabeth Kristen
                                       Sharon Terman
                                       Attorneys for Plaintiff HONG LU

1  Pursuant to General Order No. 45 X (B), I attest that concurrence in filing of this
2  document has been obtained from Plaintiff's counsel.

MINAMI, LEW & TAMAKI LLP

Dated: May 11, 2006

          /s/
By: Ai Mori
Attorney for Defendants SHENG KEE BAKERY
& CAFÉ AND KARL WEN

C 05-02978 EDL
Joint Stipulation Continuing Case Management Conference

1 **ORDER**

2

3  Good cause appearing, IT IS SO ORDERED.

4     The case management conference, currently scheduled for May 23, 2006, shall be

5  continued to June  20 , 2006, at [~~time~~] 10:00 a.m.   and the date by which parties are to file an updated

6  joint case management statement to June  13 , 2006.

7

8

9

10  Dated: May 15, 2006

11                                              Honorable Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 05-02978 EDL
Joint Stipulation Continuing Case Management Conference