| | |
|---|---|
| Patricia A. Shiu, State Bar No. 104894<br>Elizabeth Kristen, State Bar No. 218227<br>Sharon Terman, State Bar No. 237236<br>THE LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER<br>600 Harrison St., Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848<br>Facsimile: (415) 864-8199<br><br>Attorneys for Plaintiff<br>Hong Lu | William Kwong, State Bar No. 168010<br>Ai Mori, State Bar No. 208618<br>MINAMI, LEW & TAMAKI, LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108-4903<br>Telephone: 415-788-9000<br>Facsimile: 415-398-3887<br><br>Attorneys for Defendants<br>Sheng Kee Bakery & Café and Karl Wen |

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG LU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHENG KEE OF CALIFORNIA, INC. d/b/a<br>SHENG KEE BAKERY AND CAFÉ, and<br>KARL WEN,<br>　　　　Defendants. | Case No. C 05 2978-EDL<br><br>JOINT STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>Honorable Elizabeth Laporte |

1.　　Whereas, pursuant to the Court's February 14, 2006 Order, the parties completed a first day of mediation with Barry Winograd, Esq., on May 4, 2006;

2.　　Whereas, pursuant to the parties' joint stipulation of May 11, 2006, the parties completed a second day of mediation with Barry Winograd, Esq., on June 8, 2006;

3.　　Whereas, as a result of the June 8, 2006 mediation session, the parties, in principle, reached a settlement of this matter on June 9, 2006;

CASE NO. C 05 2978-EDL
JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE　　　　　　　Page 1

4. Because the parties are still in the process of finalizing the settlement language, the parties agree and request that the Court continue the Case Management Conference, currently scheduled for June 20, 2006, to a date in mid- to late July 2006.

5. The parties agree that they will notify the Court that the final settlement agreement has been signed, within 5 Court days of the date of the last signature on the final agreement.

IT IS SO STIPULATED.

Dated: June 12, 2006

                              Patricia A. Shiu
                              Elizabeth Kristen
                              Sharon Terman
                              THE LEGAL AID SOCIETY
                              EMPLOYMENT LAW CENTER

By:     /s/ Sharon Terman
        Sharon Terman

        Attorney for Plaintiff
        HONG LU

        William Kwong
        Ai Mori
        MINAMI, LEW & TAMAKI, LLP

By:     /s/ William Kwong
        William Kwong

        Attorney for Defendants
        Sheng Kee Bakery & Café and Karl Wen

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: June 12, 2006

                        Patricia A. Shiu
                        Elizabeth Kristen
                        Sharon Terman
                        THE LEGAL AID SOCIETY
                         EMPLOYMENT LAW CENTER

By:     /s/ Sharon Terman
       Sharon Terman

       Attorney for Plaintiff
       HONG LU

**ORDER**

Good cause appearing, IT IS SO ORDERED.

The case management conference, currently scheduled for June 20, 2006, shall be continued to ~~July~~ August 1, 2006, at [time] 10:00 a.m. and the date by which the parties are to file an updated case management statement to July 25, 2006.

Dated: June 13, 2006

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 05 2978-EDL
ORDER CONTINUING CASE MANAGEMENT CONFERENCE                        Page 4