Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Hong Lu

William Kwong, State Bar No. 168010
Ai Mori, State Bar No. 208618
MINAMI, LEW & TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: 415-788-9000
Facsimile: 415-398-3887

Attorneys for Defendants
Sheng Kee Bakery & Café and Karl Wen

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG LU, <br><br> Plaintiff, <br><br> v. <br><br> SHENG KEE OF CALIFORNIA, INC. d/b/a SHENG KEE BAKERY AND CAFÉ, and KARL WEN, <br><br> Defendants. | Case No. C 05 2978-EDL <br><br> JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED <br><br> Honorable Elizabeth Laporte |

1.      Whereas, pursuant to the Court's February 14, 2006 Order, the parties completed a first day of mediation with Barry Winograd, Esq., on May 4, 2006;

2.      Whereas, pursuant to the parties' joint stipulation of May 11, 2006, the parties completed a second day of mediation with Barry Winograd, Esq., on June 8, 2006;

3.      Whereas, as a result of the June 8, 2006 mediation session, the parties, in principle, reached a settlement of this matter on June 9, 2006;

CASE NO. C 05 2978-EDL
JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE                    Page 1

4. Because the parties were in the process of finalizing the settlement language, the parties requested that the Court continue the Case Management Conference, scheduled for June 20, 2006, to a date in mid- to late July 2006.

5. Whereas, the Court continued the Case Management Conference to August 1, 2006.

6. Whereas, because of unforeseen difficulties in finalizing the language of the agreement, the parties have not yet completed the process.

7. Whereas, the parties anticipate completing the process by the end of August 2006.

8. Therefore, the parties request that the Court reschedule the Case Management Conference, set for August 1, 2006, to a date in early September 2006.

9. The parties agree that they will notify the Court that the final settlement agreement has been signed, within 5 Court days of the date of the last signature on the final agreement.

IT IS SO STIPULATED.

Dated:   July 25, 2006

                Patricia A. Shiu
                Elizabeth Kristen
                Sharon Terman
                THE LEGAL AID SOCIETY
                EMPLOYMENT LAW CENTER

By:   ____/s/ Elizabeth Kristen_____
       Elizabeth Kristen

       Attorney for Plaintiff
       HONG LU


       William Kwong
       Ai Mori
       MINAMI, LEW & TAMAKI, LLP


By:   ____/s/ William Kwong_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

William Kwong

Attorney for Defendants
Sheng Kee Bakery & Café and Karl Wen

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated:    July 25, 2006

                                     Patricia A. Shiu
                                     Elizabeth Kristen
                                     Sharon Terman
                                     THE LEGAL AID SOCIETY
                                     EMPLOYMENT LAW CENTER

                    By:    ____/s/_ Elizabeth Kristen_____
                            Elizabeth Kristen

                            Attorney for Plaintiff
                            HONG LU

**ORDER**

Good cause appearing, IT IS SO ORDERED.

The case management conference, currently scheduled for August 1, 2006, shall be continued to September _5_, 2006, at [time] 10:00am, and the date by which the parties are to file an updated case management statement is continued to _8/29_, 2006.

Dated: July 31, 2006



Hon. Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte

CASE NO. C 05 2978-EDL
ORDER CONTINUING CASE MANAGEMENT CONFERENCE                    Page 5